B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court

_____Northern_____ District Of _____Illinois_____

In re _____Veronica Arizmendi_____,
　　　　　　　　　　Debtor

Case No. _____13 B 44247_____

Chapter _____7_____

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐　　IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑　　IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____76.50_____　　Check one　☐　With the filing of the petition, or
　　　　　　　　　　　　　　　　　　☑　On or before _____Dec. 13, 2013_____

$ _____76.50_____　on or before _____January 10, 2014_____

$ _____76.50_____　on or before _____February 7, 2014_____

$ _____76.50_____　on or before _____March 7, 2014_____

☑　　IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

_Pamela S Hollis_

Date: **NOV 21 2013**

_____
United States Bankruptcy Judge